IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAYCOL PRODUCTS LIABILITY LITIGATION | MDL NO. 1431 (MJD/JGL) |
| This Document Relates to: | |
| ROBERT BRERETON and KARLA BRERETON,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION, an Indiana Corporation, and GLAXOSMITHKLINE, fka SmithKlineBeecham, a Pennsylvania Corporation,<br><br>Defendants. | MDL Case No. 02-0195<br><br>ORDER OF DISMISSAL |

IT IS HEREBY ORDERED, pursuant to the parties' Stipulation, that Plaintiffs' Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorneys fees.

DATED this __________ day of ____________________, 2003

JUN 23 2005

Michael J. Davis

United States District Judge

JUN 24 2005