IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LIABILITY LITIGATION

MDL NO. 1431 (MJD/JGL)

ROBERT BRERETON, KARLA BRERETON AND MARION KING

This Document Relates to: MARION KING

MDL Case No. 02cv0195

Plaintiffs,

vs.

BAYER CORPORATION, an Indiana Corporation, and GLAXOSMITHKLINE, fka SmithKlineBeecham, a Pennsylvania Corporation,

Defendants.

ORDER OF DISMISSAL

IT IS HEREBY ORDERED, pursuant to the parties' Stipulation, that Plaintiffs' Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorneys fees.

DATED this _________ day of ___________________, 2003

JUN 23 2005

Michael J. Davis

United States District Judge

SCANNED JUN 24 2005 U.S. DISTRICT COURT MPLS